UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi, U.S.D.J. |
| v. | : | Crim. No. 19-938 |
| BRIAN MEHLING | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Garrett J. Schuman, Assistant United States Attorney, appearing), and defendant Brian Mehling (Patrick A. Mullin, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter from the date upon which this Order is signed through and including April 15, 2023; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The U.S. and the defendant are currently engaged in plea negotiations. The grant of a reasonable continuance will allow the U.S. and the defendant to continue negotiations. A resolution by way of a plea would render a trial unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __11__ day of January, 2023,

ORDERED that this action be, and hereby is, continued until April 15, 2023; and it is further

ORDERED that the period from the date of this order through April 15, 2023, be, and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

 

_____
THE HONORABLE CLAIRE C. CECCHI
United States District Judge

 

Consented and Agreed to by:

_____
Garrett J. Schuman
Assistant U.S. Attorney

_____
Patrick A. Mullin, Esq.
Counsel for Defendant