# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES ] | Hon. Claire C. Cecchi, U.S.D.J. |
| ] | |
| v.    ] | SCHEDULING ORDER |
| ] | |
| BRIAN MEHLING ] | Crim. No. 19-938 (CCC) |

This matter having come before the Court for an entry of an amended scheduling order; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Garrett James Schuman, Assistant U.S. Attorney, appearing); and the Defendant Brian Mehling being represented by Patrick A. Mullin, Esq.; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 14 day of July, 2023, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(l) on or before August 1, 2023.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before September 15, 2023. Exculpatory evidence that becomes known to the Government

after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before September 18, 2023.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before September 18, 2023.

5. The following shall be the schedule for pretrial motions in this matter:

   a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before October 20, 2023.

   b) The Government shall file any response to the Defendant's pretrial motions on or before November 20, 2023.

   c) The Defendant shall file any reply on or before December 11, 2023.

   d) Oral argument on pretrial motions shall be held on a date to be scheduled by the Court.

6. Pursuant to paragraphs 17 to 21 of Standing Order 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference to be held no sooner than two (2) weeks following the disposition of pretrial motions.

*Claire C. Cecchi*
Hon. Claire C. Cecchi,
United States District Judge

Form and Entry
consented to:

/s/ Garrett J. Schuman
GARRETT J. SCHUMAN, AUSA

PATRICK A. MULLIN, ESQ.