THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>BRIAN MEHLING,<br><br>　　　　　Defendant. | Order Temporarily Modifying the Terms of Defendant's Pretrial Release<br><br>Docket No. 2:19-cr-938 |

# ORDER

　　This matter having come before the Court on the application of defendant Brian Mehling through his counsel Patrick A. Mullin, Esq., 45 Rockefeller Plaza, Suite 2000, New York, New York 10111, for an order for a temporary modification of the bail conditions imposed herein said modification being to permit the Defendant travel for work purposes, in accordance with the following schedule:

　　a)　Pick up passport　　　　　　　　　　September 25, 2023

　　b)　Travel to Nice/Monaco, France　　　　September 27, 2023

　　c)　Return to US　　　　　　　　　　　　October 1, 2023

　　d)　Return passport　　　　　　　　　　October 2, 2023

　　During said time in Monaco and France, Dr. Mehling will be engaging in business activities and will be residing at 47 Croix des Gardes 06400 Cannes, France.

　　IT IS therefore, on this ____ day of September, 2023.

　　**ORDERED** that the Pre-Trial Office return Dr. Mehling's passport as per the dates scheduled on this Order, and that he be permitted to travel as per the following schedule:

1

| | | | |
|---|---|---|---|
| a) | Pick up passport | | September 25, 2023 |
| b) | Travel to Nice/Monaco, France | | September 27, 2023 |
| c) | Return to US | | October 1, 2023 |
| d) | Return passport | | October 2, 2023 |

DATED: September ___, 2023

_____
Hon. Michael A Hammer, U.S.M.J.